UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RALPH M. WATSON,

                              Plaintiff,                      21-CV-04304(JGK)(VF)

      -against-                                           **ORDER**

NY DOE 2 et al,

                              Defendant(s).

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 18, 2022, this case was reassigned to me for general pretrial supervision and to report and recommend on any dispositive motions. The parties are ordered to file a joint status letter no later than **May 6, 2022,** providing the Court a brief statement of claims and defenses, the current pre-trial schedule, the status of discovery and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:     New York, New York
               April 29, 2022

                                                            VALERIE FIGUEREDO
                                                             United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2022